Decided September 20, 2005

STATE OF CONNECTICUT *v.* JAVIER SANTANA

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 553 (AC 25453), is denied.

*George G. Kouros*, special public defender, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided September 20, 2005